**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Jason Michael Badyrka v. The State of Texas

Appellate case number:   01-21-00339-CR

Trial court case number:  1129647

Trial court:                      182nd District Court of Harris County

Court-appointed counsel for appellant Jason Michael Badyrka has filed a brief concluding that this appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant, acting pro se, filed a motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014). Appellant also has requested an extension of time to file his pro se response to counsel's *Anders* brief.

However, on September 13, 2021, appellant filed his pro se brief in response to counsel's *Anders* brief. The brief contains references to the clerk's record. And the court reporter has notified the Court that no reporter's record was taken.

Accordingly, we **deny** both motions as moot.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                  Acting individually

Date:  September 21, 2021